AGNES ASHWORTH ODELL, Respondent, v. ANDREW E. REA and EDWARD N.

Wilkes, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.